IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00229-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DARON OWENS,<br><br>  Defendants. | ORDER |

This matter comes before the court on Defendant's motion to dismiss and motion to suppress [DE 21; DE 22]. The court will hear these motions on Wednesday, October 18, 2023, at 2:00 p.m., in Courtroom 160, 1003 South 17th Street, Wilmington, North Carolina, 28401.

SO ORDERED this 5th day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE