IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00229-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARON OWENS,

    Defendant.

ORDER

This matter comes before the court on Defendant's response to the court's show cause order [DE 42]. The court ordered Defendant to show cause as to the basis for certain motions and related materials to remain under seal, notwithstanding the public hearing on those motions on January 8, 2024. DE 41 at 1. In response, Defendant avers that "the information no longer needs to be sealed," and that he "has no objection to the Court unsealing the [] materials [referenced in the show cause order]." DE 42 at 3. Accordingly, the Clerk of Court is directed to unseal Docket Entries 21, 22, 30, and 31 (and any materials attached to those docket entries).[1]

SO ORDERED this 19th day of January, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court further finds that any victim and/or witness initials in the United States' responses (DE 30; DE 31) no longer warrant sealing after their identification at the January 8 hearing.